Paul A. GOODEN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62379.

Missouri Court of Appeals,
Western District.

March 23, 2004.

Sarah Weber Patel, Kansas City, MO, for appellant.

Anne E. Edgington, Assistant Attorney General, Jefferson City, MO, for respondent.

Before NEWTON, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Paul A. Gooden appeals the denial of his Rule 24.035 motion for post-conviction relief. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).